UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| CEDRIC D. JACOBS )<br>)<br>)<br>Plaintiff, )<br>) Civil Action No. 3:15-cv-381-GCM<br>v. )<br>)<br>UNITED PARCEL SERVICE, INC., )<br>)<br>Defendant. ) | |

## ORDER GRANTING DEFENDANT UNITED PARCEL SERVICE, INC.'s MOTION FOR A MORE DEFINITE STATEMENT

Before the Court is Defendant United Parcel Service, Inc. ("UPS") "Motion for a More Definite Statement," which was filed on August 28, 2015. The time being ripe for consideration of this motion, the Plaintiff having filed no response, the Court having considered the materials before it, and for good cause shown, the Court hereby GRANTS UPS's Motion for a More Definite Statement. The Court hereby orders the Plaintiff to file, within fourteen (14) days of this order, an amended complaint that pleads his claims with sufficient particularity to apprise UPS and the Court of the facts and law upon which his claims are based.

IT IS SO ORDERED.

Signed: January 13, 2016

Graham C. Mullen
United States District Judge