IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:15-cv-381-GCM

| CEDRIC JACOBS, | ) |  |
|---|---|---|
| Plaintiffs | ) |  |
| v. | ) |  |
|  | ) | **ORDER** |
| UNITED PARCEL SERVICE, INC. | ) |  |
| Defendant. | ) |  |

THIS MATTER IS BEFORE THE COURT on the Motion for Admission *Pro Hac Vice* concerning Glenn G. Patton, filed May 26, 2016 [Doc. #15].

Upon review and consideration of the Motion, which was accompanied by submission of the necessary fee, the Court hereby grants the Motion.

In accordance with Local Rule 83.1, Mr. Patton is admitted to appear before this court *pro hac vice* on behalf of Defendant, United Parcel Service, Inc..

**IT IS SO ORDERED.**

Signed: May 27, 2016

Graham C. Mullen
United States District Judge