IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:15CV381

| | |
|---|---|
| CEDRIC JACOBS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | ORDER |
| ) | |
| UNITED PARCEL SERVICE, INC., ) | |
| ) | |
| Defendant. ) | |
| _____) | |

This matter is before the Court upon the Defendant's Motion for Summary Judgment, filed September 12, 2016. A *Roseboro* notice was sent to the *pro se* Plaintiff on September 21, 2016 directing him to file a response to Defendant's motion by October 11. No response was been filed.

The Court has reviewed Defendant's Motion and Exhibits and determines that no genuine issue of material fact exists and that summary judgment in favor of Defendant is appropriate. For the reasons stated in Defendant's Memorandum of Law in Support of its Motion for Summary Judgment,

IT IS THEREFORE ORDERED that Defendant's Motion for Summary Judgment is hereby GRANTED.

Signed: October 12, 2016

Graham C. Mullen
United States District Judge