# United States District Court
# Western District of North Carolina
# Charlotte Division

| | | |
|---|---|---|
| Cedric D. Jacobs, | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff(s), | ) | 3:15-cv-00381-GCM |
| | ) | |
| vs. | ) | |
| | ) | |
| United Parcel Service, Inc., | ) | |
| Defendant(s). | ) | |

DECISION BY COURT. This action having come before the Court Motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's December 5, 2016 Order.

December 5, 2016

Frank G. Johns, Clerk
United States District Court